# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| KEVIN RICHARDSON, | Case No. 2:25-cv-01262-MMD-NJK |
| Petitioner, | ORDER |
| v. | |
| UNITED STATES OF AMERICA, *et al.*, | |
| Respondents. | |

Petitioner Kevin Richardson has filed a one-page "Complaint-Information-Indictment U.S. Attorney" under 18 U.S.C. § 1751 and 18 U.S.C. § 2385. (ECF No. 1-1 ("Complaint").) Richardson's Complaint is directed to the United States Court of Appeals for the Ninth Circuit and explains that there has been "no activity" in the federal habeas case he filed with this Court. (*Id.*)

The Court dismisses the Complaint. First, if Richardson is seeking relief from the Court of Appeals, he needs to file an action with the Court of Appeals. Second, Richardson's Complaint is filed under 18 U.S.C. § 1751 and 18 U.S.C. § 2385, which have to do with presidential assassination and advocating for the overthrow of the government, respectively. Richardson cannot file such an indictment against a party. Third, Richardson has filed numerous federal habeas cases which have all been resolved. (*See* 3:19-cv-00564-MMD-CLB; 2:22-cv-01887-JAD-VCF; 2:23-cv-00037-ART-EJY; 2:25-cv-00077-CDS-DJA.)

It is therefore ordered that the Complaint (ECF No. 1-1) is dismissed. A Certificate of Appealability is denied, as jurists of reason would not find dismissal of the Complaint for the reasons stated herein to be debatable or wrong.

It is further kindly ordered that the Clerk of Court (1) file the Complaint (ECF No. 1-1), (2) add Nevada Attorney General Aaron D. Ford as counsel for Respondents,[1] (3) send the Nevada Attorney General a copy of this Order and all other filings in this matter by regenerating the notices of electronic filing, (4) enter final judgment, and (5) close this case.

DATED THIS 15th Day of July 2025.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE

---

[1] No response is required from Respondents other than to respond to any orders of a reviewing court.